**Certified Mail Return Receipt #1**

- Article Number: 7160 3901 9844 4935 3839
- Service Type: CERTIFIED MAIL
- Received by: S. Slauson
- Date of Delivery: 3/2/07
- Signature: X Slauson

Article Addressed to:

CITGO Petroleum Corporation
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

PS Form 3811, July 2001

---

**Certified Mail Return Receipt #2**

- Article Number: 7160 3901 9844 4935 3907
- Service Type: CERTIFIED MAIL
- Received by: Kelsey R. Young
- Date of Delivery: 3-2-07
- Signature: X Kelsey Young

Article Addressed to:

Petro Stopping Centers, LP
c/o Capitol Corporate Services, Inc.
4269 Lomac Street
Montgomery, Alabama 36106

PS Form 3811, July 2001   Domestic Return Receipt

---

**Certified Mail Return Receipt #3**

- Article Number: 7160 3901 9844 4935 3846
- Service Type: CERTIFIED MAIL
- Received by: S. Slauson
- Date of Delivery: 3/2/07
- Signature: X Slauson

Article Addressed to:

Costco Wholesale Corporation
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

PS Form 3811, July 2001   Domestic Return Receipt

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9844 4935 3945<br><br>3. Service Type  CERTIFIED MAIL<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to: | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>S. Slauson                             3/2/07<br>C. Signature<br>X  S. Slauson                        ☐ Agent<br>                                      ☑ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br>07CV179stc |

Walmart Stores, Inc. d/b/a Sam's Club
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

PS Form 3811, July 2001          Domestic Return Receipt

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9844 4935 3938<br><br>3. Service Type  CERTIFIED MAIL<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to: | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>S. Slauson                             3/2/07<br>C. Signature<br>X  S. Slauson                        ☐ Agent<br>                                      ☑ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br>07cv179 |

Valero Marketing and Supply Company
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

PS Form 3811, July 2001          Domestic Return Receipt