**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

March 6, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:   Williams et al v. BP Corporation North America, Inc. et al**

**Case Number:    2:07-cv-00179-ID**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 2  filed on   March 2, 2007.  This case has been reassigned to Judge Ira De Ment.**

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 2, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Williams et al v. BP Corporation North America, Inc. et al
      Civil Action No. 2:07-cv-00179-MEF

The above-styled case has been reassigned to Judge Ira De Ment.

Please note that the case number is now 2:07-cv-00179-ID.

This new case number should be used on all future correspondence and pleadings in this action.