2. Article Number

7160 3901 9844 4935 3808

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X  JAMES S. BELLAMY     ☐ Agent
                        ☐ Addressee

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:          ☐ No

07CV179

S+C

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

1. Article Addressed to:

**BP Corporation North America Inc**
**c/o The Prentice-Hall Corporation System**
**150 South Perry Street**
**Montgomery, Alabama 36104.**

PS Form 3811, July 2001          Domestic Return Receipt

---

2. Article Number

7160 3901 9844 4935 3815

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X  JAMES S. BELLAMY     ☐ Agent
                        ☐ Addressee

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:          ☐ No

07CV179 S+C

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

1. Article Addressed to:

**Chevron USA, Inc.**
**c/o The Prentice-Hall Corporation System**
**150 South Perry Street**
**Montgomery, Alabama 36104.**

PS Form 3811, July 2001          Domestic Return Receipt

---

2. Article Number

7160 3901 9844 4935 3822

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X  JAMES S. BELLAMY
   Agent for Capell & Howard, P.C.     ☐ Agent
                                        ☐ Addressee

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:          ☐ No

07CV179

S+C

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

1. Article Addressed to:

**Circle K Stores, Inc.**
**c/o CSC Lawyers Incorporating Service**
**150 South Perry Street**
**Montgomery, Alabama 36104.**

PS Form 3811, July 2001          Domestic Return Receipt

...ne Number

7160 3901 9844 4935 3877

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

3/5/07

C. Signature

X JAMES S. BELLAMY

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

07 CV 179

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**ConocoPhillips Company**
**c/o United States Corporation Company**
**150 South Perry Street**
**Montgomery, Alabama 36104**

PS Form 3811, July 2001         Domestic Return Receipt

---

2. Article Number

7160 3901 9844 4935 3860

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

3/5/07

C. Signature

X JAMES S. BELLAMY

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

07 CV 179 3 C

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**ExxonMobile Oil Corporation**
**c/o The Prentice-Hall Corporation System**
**150 South Perry Street**
**Montgomery, Alabama 36104.**

Form 3811, July 2001         Domestic Return Receipt

2. Article Number

7160 3901 9844 4935 3990

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

C. Signature
JAMES S. BELLAMY
X Agent for Capell & Howard, P.C.

B. Date of Delivery
3/5/07

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?      ☐ Yes
If YES, enter delivery address below:      ☐ No

onw179 s+c

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)      ☐ Yes

1. Article Addressed to:

**Flying J, Inc.**
**c/o CSC Lawyers Incorporating Service Company**
**150 South Perry Street**
**Montgomery, Alabama 36104**

PS Form 3811, July 2001          Domestic Return Receipt

---

2. Article Number

MONTGOMERY

7160 3901 9844 4935 3884

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

C. Signature
X JAMES S. BELLAMY

B. Date of Delivery
3/5/07

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?      ☐ Yes
If YES, enter delivery address below:      ☐ No

onw179 s+c

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)      ☐ Yes

1. Article Addressed to:

**Shell Oil Company**
**c/o CSC Lawyers Incorporating Service**
**57 Adams Avenue**
**Montgomery, Alabama 36104.**

PS Form 3811, July 2001          Domestic Return Receipt