IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA A. WILLIAMS, TEAM TRUCKING, 3 GIRLS ENTERPRISES, INC., DENNIS K. MANN, AND DAVID KOPF on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>BP CORPORATION NORTH AMERICA, INC., CHEVRON USA, INC., CIRCLE K STORES, INC., CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS COMPANY, COSTCO WHOLESALE CORPORATION, ENTEC STATIONS, INC., EXXON MOBIL CORPORATION, FLYING J, INC., LIBERTY OIL AND GAS CORPORATION, PETRO STOPPING CENTERS, LP, PILOT TRAVEL CENTERS, LLC, SHELL OIL COMPANY, TRAVEL CENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY, WAL-MART STORES, INC., d/b/a Sam's Club,<br><br>     Defendants. | Case No:  2:07-cv-00179-MEF-TFM |

**CORPORATE DISCLOSURE STATEMENT OF
PETRO STOPPING CENTERS, L.P.**

Pursuant to Federal Rule of Civil Procedure 7.1, Petro Stopping Centers, L.P. ("Petro") hereby provides the following disclosures:

Petro is a Delaware limited partnership and is a nongovernmental party in this action. As a limited partnership rather than a corporation, there is no "stock" in Petro. Petro's direct entity (non-individual) owners are Petro Stopping Centers Holdings, LP (99.5% limited partnership interest) and Petro, Inc. (.25% general partnership interest), which are not publicly-held companies. The owners of Petro Stopping Centers Holdings, LP include Volvo Petro Holdings, LLC, an affiliate of Volvo Trucks North America, Inc. Volvo Trucks North America, Inc., is part of the Volvo Group, which includes publicly-traded companies.

March 13, 2007

                Respectfully submitted,


                s/ Robert S. Lamar, Jr.
                Robert S. Lamar, Jr. (LAM002)
                Attorney for Defendant Petro Shopping Centers, L.P.

**Of Counsel for Defendants:**
Lamar, Miller, Norris, Haggard, & Christie, P.C.
    501 Riverchase Pkwy, Suite 100
    Birmingham, AL 35244
    Telephone:  205-326-0000
    Facsimile:  205-323-2945
    E-Mail:
    *rlamar@lmnflaw.com*
    *schristie@lmnflaw.com*

    Mitzi T. Shannon
    Kirsten C. Stevenson
    KEMP SMITH LLP
    221 N. Kansas, Suite 1700
    El Paso, Texas 79901
    Telephone:  915-533-4424

Facsimile:  915-546-5630
E-Mail:
*mshannon@kempsmith.com*
*kstevenson@kempsmith.com*
ATTORNEYS FOR DEFENDANT PETRO STOPPING CENTERS, L.P.


Tristan L. Duncan
Laura C. Fey
Dylan L. Murray
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone:  816-474-6550
Facsimile:  816-421-5547
E-mail:
*tlduncan@shb.com*
*lfey@shb.com*
*dmurray@shb.com*
ATTORNEYS FOR DEFENDANTS PILOT TRAVEL CENTERS LLC and CIRCLE K STORES INC.

Ernest J Getto
Stephen Stublarec
Darius Ogloza
LATHAM & WATKINS
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone:  415-391-0600
Facsimile:  415-395-8095
E-mail:
*ernie.getto@lw.com*
*steve.stublarec@lw.com*
*darius.ogloza@lw.com*
ATTORNEYS FOR DEFENDANT CHEVRON USA, INC.

Brian L. Duffy
Naomi G. Beer
GREENBERG TRAURIG LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: 303-572-6545
Facsimile:  303-572-6540
E-mail:
*beern@gtlaw.com*

*duffyb@gtlaw.com*
ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC. d/b/a SAM'S CLUB

Fredric C. Nelson
John R. Foote
Kathryn McQueen Barnes
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-371-1200
Facsimile: 415-371-1211
E-Mail:
*fcnelson@thelen.com*
*jrfoote@thelen.com*
*kbarnes@thelen.com*

and

Frederick Whitmer
Catherine McGrath
Rachel Hollander
THELEN REID BROWN RAYSMAN & STEINER, LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2000
Facsimile: (212) 603-2001
E-mail:
*fwhitmer@thelen.com*
*rhollander@thelen.com*
*cmcgrath@thelen.com*
ATTORNEYS FOR DEFENDANT SHELL OIL COMPANY

Ronald C. Redcay
Sean Morris
Melanie Hanson Sartoris
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (212) 715-1399
E-Mail:
*Ronald.Redcay@aporter.com*
*Sean.Morris@aporter.com*
*Melanie.Hanson.Sartoris@aporter.com*
ATTORNEYS FOR DEFENDANT BP CORPORATION NORTH AMERICA INC.

David J. Lender
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Telephone:  212-310-8153
Facsimile:  212-310-8007
E-Mail:
*david.lender@weil.com*
ATTORNEYS FOR DEFENDANT EXXON MOBIL CORP.

Daniel S. Mason
Joe Bell
Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  415-693-0700
Facsimile:  415-693-0770
E-Mail:
*dmason@zelle.com*
*jbell@zelle.com*
ATTORNEYS FOR DEFENDANT CONOCOPHILLIPS COMPANY

Nathan P. Eimer
Lisa S. Meyer
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone:  (312) 660-7600
Facsimile:  (312) 660-7601
E-Mail:
*neimer@eimerstahl.com*
*lmeyer@eimerstahl.com*
*agiannotti@eimerstahl.com*
ATTORNEYS FOR DEFENDANT CITGO PETROLEUM CORPORATION


Donald B. Craven
James P. Tuite
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564
Telephone:  (202) 887-4000

Facsimile: (202) 887-4288
E-Mail:
*dcraven@akingump.com*
*jtuite@akingump.com*

and

Reginald D. Steer
Chad A. Stegeman
Akin Gump Strauss Hauer & Feld, LLP
580 California, 15th Floor
San Francisco, CA 94104-1036
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
E-Mail:
*rsteer@akingump.com*
*cstegeman@akingump.com*
ATTORNEYS FOR DEFENDANT VALERO MARKETING AND SUPPLY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jere L. Beasley (BEA020)
Rhon E. Jones (JON093)
Scarlette M. Tuley (TUL007)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
ATTORNEYS FOR PLAINTIFFS

            s/ Robert S. Lamar, Jr.
            Robert S. Lamar, Jr. (LAM002)