IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LINDA A. WILLIAMS, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv179-ID |
| | ) |
| **BP CORPORATION NORTH** | ) |
| **AMERICA, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendants' motion to stay (Doc. No. 6), which is unopposed by Plaintiffs, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that all proceedings in this case are hereby STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to that panel.

DONE this 14th day of March, 2007.

                                                  /s/ Ira DeMent
                                                SENIOR UNITED STATES DISTRICT JUDGE