IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA A. WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:07CV179-MEF |
| v. | ) | |
| | ) | |
| BP CORPORATION NORTH AMERICA, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### CIRCLE K STORES INC.'S
### CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General order No. 3047:

The following entities are hereby reported:

Circle K Stores Inc. is a wholly-owned subsidiary of The Circle K Corporation, a privately-held company. The ultimate parent corporation of Circle K Stores Inc. and The Circle K Corporation is Alimentation Couche-Tard Inc., a publicly-held Canadian company. Alimentation Couche-Tard Inc. is the only publicly-held company that owns 10% or more of Circle K Stores Inc.'s ownership interest.

Respectfully submitted this 15th day of March, 2007.

/s/ J. Forrest Hinton
J. Forrest Hinton
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
Wachovia Tower
420 20th Street North
Birmingham, Alabama  35203
Telephone:  (205) 328-0480
Facsimile:  (205) 322-8007
E-Mail:
fhinton@bakerdonelson.com


Tristan L. Duncan
Laura C. Fey
Dylan L. Murray
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
E-mail:
tlduncan@shb.com
lfey@shb.com
dlmurray@shb.com

ATTORNEYS FOR DEFENDANT
CIRCLE K STORES INC.

## Certificate of Service

I hereby certify that on March 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jere L. Beasley
Rhon E. Jones
Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:  (334) 269-2343

ATTORNEYS FOR PLAINTIFFS

By /s/ J. Forrest Hinton
ATTORNEY FOR DEFENDANT
CIRCLE K STORES INC.