## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LINDA A. WILLIAMS, TEAM TRUCKING,** | § | |
| **3 GIRLS ENTERPRISES, INC. DENNIS K.** | § | |
| **MANN, AND DAVID KOPF on behalf of** | § | |
| **themselves and all others similarly situated,** | § | |
| | § | |
| **Plaintiffs,** | § | **CASE NO: 2:07-cv-00179-ID** |
| | § | |
| **v.** | § | |
| | § | |
| **BP CORPORATION NORTH AMERICA, INC.,** | § | |
| **et al.,** | § | |
| | § | |
| **Defendants.** | § | |

### PLAINTIFF 3 GIRLS ENTERPRISES, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record certifies that the following is a complete list of all parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issued shares to the public that are related to Plaintiff.

3 Girls Enterprises, Inc. is a privately held corporation with 100% of the stock owned by Obadiah and Annie Smith.

/s/ Scarlette.M. Tuley
Jere L. Beasley (BEA020)
Rhon E. Jones (JON093)
Scarlette M. Tuley (TUL007)
**ATTORNEYS FOR PLAINTIFFS**

**OF COUNSEL:**
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334)954-7555 (fax)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> via electronic notification and/or by placing a copy of same in the United States Mail, first class postage prepaid, on this the 16th day of March, 2007.


<u>*/s/ Scarlette M. Tuley*</u>
OF COUNSEL

Costco Wholesale Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Flying J, Inc.
c/o CSC Lawyers Incorporating Srvs., Inc.
150 South Perry Street
Montgomery, AL 36104

**Attorney(s) for Petro Stopping Centers**

Stephen D. Christie (schristie@lmnflaw.com)
Robert S. Lamar, Jr. (bobl@lmnflaw.com)
Lamar, Miller, Norris, Haggard & Christie, PC
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244
205.326.0000
205.323.2945 fax

Mitzi T. Shannon (mshannon@kempsmith.com)
Kirsten C. Stevenson (kstevenson@kempsmith.com)
Kemp Smith, LLP
221 North Kansas, Suite 1700
El Paso, Texas 79901
915.533.4424
915.546.5630 fax

**Attorneys for Circle K Stores, Inc. and
Pilot Travel Centers, LLC**

J. Forrest Hinton (fhinton@bakerdonelson.com)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 20th Street North
Birmingham, Alabama 35203
205.328.0480
205.322.8007 fax

Tristan L. Duncan (tduncan@shb.com)
Laura C. Fey (lfey@shb.com)
Dylan L. Murray (dlmurray@shb.com)
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
816.474.6550
816.421.5547 fax

**Attorneys for Chevron USA, Inc.**

Ernest J. Getto (ernie.getto@lw.com)
Stephen Stublarec (steve.stublarec@lw.com)
Darius Ogloza (darius.ogloza@lw.com)
Latham & Watkins
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
415.391.0600
415.395.8095 fax

**Attorneys for Wal-Mart Stores, Inc., d/b/a Sam's Club**

Brian L. Duffy (duffyb@gtlaw.com)
Naomi G. Beer (beern@gtlaw.com)
Greenberg Traurig, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
303.572.6545
303.572.6540 fax

**Attorneys for Shell Oil Company**

Fredric C. Nelson (fcnelson@thelen.com)
John R. Foote (jrfoote@thelen.com)
Kathryn McQueen Barnes (kbarnes@thelen.com)
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street, Suite 1800
San Francisco, California 94105
415.371.1200

415.371.1211 fax

Frederick Whitmer (fwhitmer@thelen.com)
Catherine McGrath (cmcgrath@thelen.com)
Rachel Hollander (rhollander@thelen.com)
Thelen, Reid, Brown, Raysman & Steiner, LLP
875 Third Avenue, 10th Floor
New York, New York 10022-6225
212.603.2000
212.603.2001 fax


**Attorneys fro BP Corporation North America, Inc.**

Ronald C. Redcay (ronald.redcay@aporter.com)
Sean Morris (sean.morris@aporter.com)
Melanie Hanson Sartoris (Melanie.hanson.sartoris@aporter.com)
Arnold & Porter, LLP
777 South Figueroa Street
Los Angeles, California 90017-5844
213.243.4000
213.715.1399 fax

**Attorneys for ExxonMobil Corp.**

David J. Lender (david.lender@weil.com)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153
212.310.8153
212.310.8007 fax

**Attorneys for ConocoPhillips Company**

Daniel S. Mason (damson@zelle.com)
Joe Bell (jbell@zelle.com)
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
415.693.0700
415.693.0770 fax

**Attorneys for Citgo Petroleum Corporation**

Nathan P. Eimer (neimer@eimerstahl.com)
Lisa S. Meyer (lmeyer@eimerstahl.com)

Ameri R. Giannotti (agiannotti@eimerstahl.com)
Eimer, Stahl, Klevorn & Solberg, LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
312.660.7600
312.660.7601 fax

**Attorneys for Valero Marketing and Supply Co.**

Donald B. Craven (dcraven@akingump.com)
James P. Tuite (jtuite@akingump.com)
Akin, Gump, Strauss, Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
202.887.4000
202.887.4288 fax

Reginald D. Steer (rsteer@akingump.com)
Chad A. Stegeman (cstegeman@akingump.com)
Akin, Gump, Strauss, Hauer & Feld, LLP
580 California, 15th Floor
San Francisco, California 94104-1036
415.765.9500
415.765.9501 fax