AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama - Northern Division__

Linda A. Williams, et al

V.

BP Corporation North America, Inc., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV179-MEF

TO: (Name and address of Defendant)

Travel Centers of America, Inc.
c/o Onnie D. Dickerson, III
210 Lorna Square, Suite 165
Birmingham, Alabama 35216

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scarlette M. Tuley
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 3/1/07

Debra P. Hacket
United States Di
Middle District o, Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711



RETURN RECEIPT REQUESTED

7140 3901 9844 4935 3691

**ADDRESSEE UNKNOWN**

Travel Centers of America, Inc.
c/o Onnie D. Dickerson, III

UNK
1621



RECEIVED
2007 MAR 19 A 10: 20
DEBRA P. H...
U.S. DISTR...
MIDDLE DI...

