**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION**

| | |
|---|---|
| **LINDA A. WILLIAMS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:07-CV-00179-ID-TFM** |
| **BP CORPORATION NORTH AMERICAN,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**EXXON MOBIL CORPORATION'S
CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 00-3047:

Defendant Exxon Mobil Corporation has no parent corporations. No publicly held corporation owns ten percent or more of Exxon Mobil Corporation's stock.

s/Ricky J. McKinney
Ricky J. McKinney (MCK030)
Kermit L. Kendrick (KEN037)
William J. Long (LON044)

Attorneys for Defendant
EXXON MOBIL CORPORATION

1554370

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 26th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to all counsel of record.

                                      s/Ricky J. McKinney
                                      OF COUNSEL