IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LINDA A. WILLIAMS, et al.,            )
                                       )
                Plaintiffs,            ) Case No. 2:07cv179-ID
                                       )
        v.                             )
                                       )
BP CORPORATION NORTH AMERICA, INC.,   )
et al.,                                )
                                       )
                Defendants.            )

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned J. Forrest Hinton, counsel for defendants Circle K Stores Inc. ("Circle K") and Pilot Travel Centers LLC ("Pilot"), who is an attorney admitted to practice before this Court, moves the Court for an order granting permission to Tristan L. Duncan, Laura C. Fey, and Dylan L. Murray to appear *pro hac vice* in this action for the purpose of representing Circle K and Pilot. Ms. Duncan, Ms. Fey, and Mr. Murray are admitted to practice in the United States District Court for the Western District of Missouri, which is the district in which they regularly practice law. Certificates of Good Standing for Ms. Duncan, Ms. Fey, and Mr. Murray are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

/s/ J. Forrest Hinton
J. Forrest Hinton
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
Wachovia Tower
420 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
E-Mail: fhinton@bakerdonelson.com

Tristan L. Duncan
Laura C. Fey
Dylan L. Murray
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
E-mail: tlduncan@shb.com
         lfey@shb.com
         dlmurray@shb.com

ATTORNEYS FOR DEFENDANTS
CIRCLE K STORES INC. AND PILOT
TRAVEL CENTERS LLC

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class postage prepaid, on this the 29th day of March, 2007.

Attorneys for Plaintiffs

Jere L. Beasley
Rhon E. Jones
Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343


Attorneys for Petro Shooping Centers

Stephen D. Christie
Robert S. Lamar, Jr.
Lamar, Miller, Norris, Haggard & Christie, PC
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 352
Telephone: (205) 326-0000
Facsimile: (205) 323-2945
E-mail:  schristie@lmnflaw.com
         bobl@lmnflaw.com

Mitzi T. Shannon
Kirsten C. Stevenson
Kemp Smith, LLP
221 North Kansas, Suite 1700
El Paso, Texas  79901
Telephone: (915) 533-4424
Facsimile: (205) 546-5630
Email: mshannon@kempsmith.com
       kstevenson@kempsmith.com

Attorneys for Chevron USA, Inc.

Ernest J. Getto
Stephen Stublarec
Darius Ogloza
Latham & Watkins
505 Montgomery Street, Suite 2000
San Fransisco, California 94111-2562
Telephone: (415) 391-0600
(415) 395-8095
Email: ernie.getto@glw.com
steve.stublarec@lw.com
darius.ogloza@lw.com

Attorneys for Wal-Mart Stores, Inc., d/b/a/ Sam's Club

Brian L. Duffey
Naomi G. Beer
Greenberg Traurig, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6545
Facsimile: (303) 572-6540
Email: duffeyb@gtlaw.com
beern@gtlaw.com

Attorneys for Shell Oil Company

Frederic C. Nelson
John R. Foote
Kathryn McQueen Barnes
Thelen Reid Brown Raysman & Steiner, LLP
10120 Second Street, Suite 1800
San Fransisco, California 94105
Telephone: (415) 371=-1200
Facsimile: (415) 371-1211
Email: fcnelson@thelen.com
jrfoote@thelen.com
kbarnes@thelen.com

Frederick Whitmer
Catherine McGrath
Rachel Hollander
Thelen, Reid, Brown, Raysman & Steiner, LLP
875 Third Avenue, 10th Floor
New York, New York 10222-6225
Telephone: (212) 603-2000
Facsimile: (212) 603-2001
Email: fcwhitmer@thelen.com
cmcgrath@thelen.com
rhollander@thelen.com


Attorneys for BP Corporation of North America, Inc.

Ronald C. Redcay
Sean Morris
Melanie Hanson Sartoris
Arnold & Porter, LLP
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 715-1399
Email: ronald.redcay@aporter.com
sean.morris@aporter.com
melanie.hanson.sartoris@aporter.com


Attorneys for ExxonMobil Corp.

David J. Lender
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8153
Facsimile: (212) 310-8007
Email: david.lender@weil.com

Attorneys for ConocoPhillips Company

Daniel S. Mason
Joe Bell
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: damson@zelle.com
       jbell@zelle.com

Attorneys for Citgo Petroleum Corporation

Nathan P. Eimer
Lisa S. Meyer
Ameri R. Giannotti
Eimer, Stahl, Klevorn & Solberg, LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 660-7601
Email: neimer@eimerstahl.com
       lmeyer@eimerstahl.com
       agiannoti@eimerstahl.com


Attorneys for Valero Marketing and Supply Co.

Daniel B. Craven
James P. Tuite
Akin, Gump, Strauss, Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036-1564

Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: dcraven@akingump.com
       jtuite@akingump.com

Reginald D. Steer
Chad A. Stegman
Akin, Gump, Strauss, Hauer & Feld, LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: rsteer@akingump.com
       cstegeman@akingump.com


Costco Wholesale Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

Flying J, Inc.
c/o CSC Lawyers Incorporating Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104

Entec Stations, Inc.
Address Unknown

Liberty Oil and Gas Corporation
Address Unknown

Travel Centers of America, Inc.
Address Unknown


_____
OF COUNSEL

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      )
                                                                          )    SS.
**WESTERN DISTRICT OF MISSOURI**    )

       I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

       DO HEREBY CERTIFY that Tristan Duncan was duly admitted to practice in said Court on October 21, 1989.

       Tristan Duncan is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri               _Patricia L. Brune_
on March 22, 2007                                   Patricia L. Brune, Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA           )
                                   )    SS.
WESTERN DISTRICT OF MISSOURI       )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Laura Clark Fey was duly admitted to practice in said Court on December 3, 1996.

Laura Clark Fey is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on March 22, 2007

*Patricia L. Brune*
Patricia L. Brune, Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA   )
                           )   ss.
WESTERN DISTRICT OF MISSOURI )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Dylan Murray was duly admitted to practice in said Court on October 17, 1997.

Dylan Murray is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on March 22, 2007

_Patricia L. Brune_
Patricia L. Brune, Clerk