IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LINDA A. WILLIAMS, et al.,** | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv179-ID |
| | ) |
| **BP CORPORATION NORTH** | ) |
| **AMERICA, et al.,** | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' motion for admission *pro hac vice*, filed March 30, 2007 (Doc. No. 19), it is ORDERED that said motion be and the same is hereby GRANTED and that Tristan L. Duncan, Laura C. Fey and Dylan L. Murray are hereby ADMITTED *pro hac vice* as counsel on behalf of Defendants Circle K Stores, Inc., and Pilot Travel Centers, LLC.

DONE this 4th day of April, 2007.

                                  /s/ Ira DeMent
                                  SENIOR UNITED STATES DISTRICT JUDGE