IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LINDA A. WILLIAMS, TEAM TRUCKING,   *
3 GIRLS ENTERPRISES, INC.,          *
DENNIS K. MANN, and DAVID KOPF,   *
                               *
    Plaintiffs,                 *
                               *
vs.                         *   CIVIL ACTION NUMBER:
                               *
BP CORPORATION NORTH AMERICA,    *    2:07cv179-MEF
INC., et al.,                  *
                               *
    Defendants.               *

## NOTICE OF APPEARANCE

Come now Sandy G. Robinson and Jarrod J. White of the firm of Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP, P.O. Box 2906, Mobile, Alabama 36652, (251) 415-7300, and notify the Clerk of the Court and counsel for all parties of their appearance on behalf of defendant BP Corporation North America, Inc. in the above case. The undersigned request the Clerk of the Court and counsel for all parties to serve them with copies of all future notices, pleadings, orders, etc., in this case. This appearance is without waiver of, and defendants expressly reserve all available defenses.

/s/Sandy G. Robinson
**SANDY G. ROBINSON – ROBIS5756**
**JARROD J. WHITE -   WHITJ1010**
Attorneys for Defendant
BP Corporation North America, Inc.

**CABANISS, JOHNSTON, GARDNER,**
**DUMAS & O'NEAL LLP**

Post Office Box 2906
Mobile, Alabama  36652
251/415-7308 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com
jjw@cabaniss.com

## CERTIFICATE OF SERVICE

I hereby certify that on this **11th** day of **April, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Jere L. Beasley, Esquire**
jere.beasley@beasleyallen.com

**Rhon E. Jones, Esquire**
rhon.jones@beasleyallen.com

**Scarlette M. Tuley, Esquire**
scarlette.tuley@beasleyallen.com

**James Forrest Hinton, Jr., Esquire**
fhinton@bakerdonelson.com

**Kermit L. Kendrick, Esquire**
kkendric@burr.com

**Ricky J. McKinney, Esquire**
rmckinne@burr.com

**William J Long, Esquire**
jlong@burr.com

**Stephen D. Christie, Esquire**
schristie@lmnflaw.com

**Robert S. Lamar, Jr., Esquire**
bobl@lmnflaw.com

and by placing same in the United States mail, first class postage prepaid and properly addressed as follows:

- 2 -

**Chevron USA, Inc.**
c/o The Prentice-Hall
  Corporation System
150 S. Perry Street
Montgomery, AL 36104
PRO SE

**Dylan L. Murray, Esquire**
**Laura C. Fey**, **Esquire**
**Tristan L. Duncan, Esquire**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
ATTORNEYS FOR DEFENDANTS
**Circle K Stores, Inc.**
**Pilot Travel Centers LLC**

**Citgo Petroleum Corporation**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE

**Conocophillips Company**
c/o United States Corporation
  Company
150 South Perry Street
Montgomery, AL 36104
PRO SE

**Costco Wholesale Corporation**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE

**Flying J, Inc.**
c/o CSC Lawyers Incorporating
  Services, Inc.
150 South Perry Street
Montgomery, AL 36104
PRO SE

**Kirsten C. Stevenson, Esquire**
**Mitzi T. Shannon, Esquire**
Kemp Smith LLP
221 N Kansas, Suite 1700
El Paso, TX 79901
ATTORNEYS FOR DEFENDANTS
**Petro Shopping Centers, LLP**

**Shell Oil Company**
c/o CSC Lawyers Incorporating
 Services, Inc.
57 Adams Avenue
Montgomery, AL 36104
PRO SE

**Valero Marketing and Supply Company**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE

**Wal-Mart Stores, Inc.**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE


                                        /s/Sandy G. Robinson_____
                                        Of Counsel