```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION

LINDA A. WILLIAMS, TEAM TRUCKING,    *
3 GIRLS ENTERPRISES, INC.,           *
DENNIS K. MANN, and DAVID KOPF,      *
                                     *
     Plaintiffs,                     *
                                     *
vs.                                  *  CIVIL ACTION NUMBER:
                                     *
BP CORPORATION NORTH AMERICA,        *      2:07cv179-MEF
INC., et al.,                        *
                                     *
     Defendants.                     *
```

**DEFENDANT BP CORPORATION NORTH AMERICA INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, BP Corporation North America Inc. hereby provides the following disclosure:

BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c., a publicly traded corporation organized under the laws of England and Wales. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

/s/Sandy G. Robinson
**SANDY G. ROBINSON – ROBIS5756
JARROD J. WHITE -  WHITJ1010**
Attorneys for Defendant
BP Corporation North America, Inc.

                    **CABANISS, JOHNSTON, GARDNER,**
                      **DUMAS & O'NEAL LLP**
                    Post Office Box 2906
                  Mobile, Alabama  36652
                  251/415-7308 Telephone
                  251/415-7350 Facsimile
                  sgr@cabaniss.com
                  jjw@cabaniss.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this **19th** day of **April, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Jere L. Beasley, Esquire**
jere.beasley@beasleyallen.com

**Rhon E. Jones, Esquire**
rhon.jones@beasleyallen.com

**Scarlette M. Tuley, Esquire**
scarlette.tuley@beasleyallen.com

**James Forrest Hinton, Jr.**, **Esquire**
fhinton@bakerdonelson.com

**Kermit L. Kendrick, Esquire**
kkendric@burr.com

**Ricky J. McKinney, Esquire**
rmckinne@burr.com

**William J Long**, **Esquire**
jlong@burr.com

**Stephen D. Christie, Esquire**
schristie@lmnflaw.com

**Robert S. Lamar, Jr., Esquire**
bobl@lmnflaw.com

and by placing same in the United States mail, first class postage prepaid and properly addressed as follows:

- 3 -

**Chevron USA, Inc.**
c/o The Prentice-Hall
  Corporation System
150 S. Perry Street
Montgomery, AL 36104
PRO SE

**Dylan L. Murray, Esquire**
**Laura C. Fey**, **Esquire**
**Tristan L. Duncan, Esquire**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
ATTORNEYS FOR DEFENDANTS
**Circle K Stores, Inc.**
**Pilot Travel Centers LLC**

**Citgo Petroleum Corporation**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE

**Conocophillips Company**
c/o United States Corporation
  Company
150 South Perry Street
Montgomery, AL 36104
PRO SE

**Costco Wholesale Corporation**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE

**Flying J, Inc.**
c/o CSC Lawyers Incorporating
  Services, Inc.
150 South Perry Street
Montgomery, AL 36104
PRO SE

**Kirsten C. Stevenson, Esquire**
**Mitzi T. Shannon, Esquire**
Kemp Smith LLP
221 N Kansas, Suite 1700
El Paso, TX 79901
ATTORNEYS FOR DEFENDANTS
**Petro Shopping Centers, LLP**

**Shell Oil Company**
c/o CSC Lawyers Incorporating
 Services, Inc.
57 Adams Avenue
Montgomery, AL 36104
PRO SE

**Valero Marketing and Supply Company**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE

**Wal-Mart Stores, Inc.**
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
PRO SE

/s/Sandy G. Robinson_____
Of Counsel

- 4 -