IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA A. WILLIAMS, TEAM TRUCKING, 3 GIRLS ENTERPRISES, INC., DENNIS K. MANN, AND DAVID KOPF on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br>vs.<br><br>BP CORPORATION NORTH AMERICA, INC., CHEVRON USA, INC., CIRCLE K STORES, INC., CITGO PETROLEUM CORPORATION, CONOCOPHILLIPS COMPANY, COSTCO WHOLESALE CORPORATION, ENTEC STATIONS, INC., EXXON MOBIL CORPORATION, FLYING J, INC., LIBERTY OIL AND GAS CORPORATION, PETRO STOPPING CENTERS, LP, PILOT TRAVEL CENTERS, LLC, SHELL OIL COMPANY, TRAVEL CENTERS OF AMERICA, INC., VALERO MARKETING AND SUPPLY COMPANY, WAL-MART STORES, INC., d/b/a Sam's Club,<br><br>                     Defendants. | Case No: 2:07-cv-00179-MEF-TFM |

## AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PETRO STOPPING CENTERS, L.P.

Pursuant to Federal Rule of Civil Procedure 7.1, Petro Stopping Centers, L.P. ("Petro") provides the following Amended Corporate Disclosure Statement to reflect a change in its ownership:

Petro is a Delaware limited partnership and is a nongovernmental party in this action. All partnership interests in Petro are owned directly or indirectly by TravelCenters of America LLC, which is a limited liability company organized under Delaware Law. The interests in TravelCenters of America LLC are publicly traded on the America Stock Exchange.

June 13, 2007

Respectfully submitted,

s/Robert S. Lamar, Jr.
Robert S. Lamar, Jr. (LAM0002)
Attorney for Defendant Petro Stopping Centers, LP
