A CERTIFIED TRUE COPY

JUL 25 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUL 30 2007
Clerk, U.S. District Court
By: _____
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
JUL - 9 2007
FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1840

*IN RE Motor Fuel Temperature Sales Practices Litigation*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 18, 2007, the Panel transferred ten civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 18, 2007, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 25 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. (DISTRICT COURT)
DISTRICT OF KANSAS) ss:
I hereby certify that
the foregoing is a true copy
of the original on file in
this court and cause.
RALPH L. DeLOACH, Clerk
By _____
Deputy
Dated: 7/30/2007

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1840
### IN RE Motor Fuel Temperature Sales Practices Litigation

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 07-179 | Linda A. Williams, et al. v. BP Corp. of North America, Inc., et al. | |
| **ALABAMA NORTHERN** | | |
| ALN 7 07-535 | Tony Snable, et al. v. Murphy Oil USA, Inc., et al. | |
| **ARKANSAS EASTERN** | | |
| ~~ARE 4 07-246~~ | ~~Charles D. Jones, et al. v. E-Z Mart Stores, Inc., et al.~~ | Opposed 7/25/07 |
| **ARIZONA** | | |
| AZ 2 07-478 | Christopher Payne, et al. v. Chevron USA, Inc., et al. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 07-1216 | Phyllis Lerner, et al. v. Costco Wholesale Corp., et al. | |
| CAC 5 07-280 | Allan Eller v. Chevron USA, Inc., et al. | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 07-1305 | John Telles, et al. v. ConocoPhillips Co., et al. | |
| CAN 3 07-1534 | Fred Aguirre v. BP West Coast Products, LLC, et al. | |
| **DELAWARE** | | |
| DE 1 07-136 | Kenneth Becker, et al. v. Marathon Petroleum Co., LLC, et al. | |
| **FLORIDA SOUTHERN** | | |
| FLS 1 07-20751 | Mara Redstone, et al. v. Chevron USA, Inc., et al. | |
| FLS 9 07-80156 | Robert Cozza, et al. v. Murphy Oil USA, Inc., et al. | |
| **GEORGIA NORTHERN** | | |
| GAN 4 07-29 | Kathryn Cheek, et al. v. Murphy Oil USA, Inc., et al. | |
| **MARYLAND** | | |
| MD 8 07-430 | Raphael Sagalyn v. Chevron USA, Inc., et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 4 07-37 | J.C. Wash, etc. v. Chevron USA, Inc., et al. | |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-91 | Jean W. Neese, et al. v. Abercrombie Oil Co., Inc., et al. | |
| **NEW MEXICO** | | |
| NM 2 07-293 | William Barker, et al. v. Chevron USA, et al. | |
| NM 6 07-202 | Betty A. Delgado v. Allsup's Convenience Store, Inc., et al. | |
| **NEVADA** | | |
| NV 2 07-285 | Gary Kohut, et al. v. Chevron USA, Inc., et al. | |
| NV 2 07-299 | Myrna Huerta v. BP Products North America, Inc., et al. | |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1840)                PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OREGON** | |
| OR  6  07-357 | Mark Haben v. Chevron USA, Inc., et al. |
| OR  6  07-469 | Shonna S. Butler v. Exxon Mobil Corp., et al. |
| **TENNESSEE MIDDLE** | |
| TNM  3  07-317 | Jonathan Charles Conlin, et al. v. Chevron USA, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE  1  07-271 | Priscilla Craft v. The Kroger Co. |
| **UTAH** | |
| UT  2  07-130 | Max Paul Peterson v. Exxon Mobil Corp., et al. |
| **VIRGINIA EASTERN** | |
| VAE  1  07-193 | James Graham v. Chevron USA, Inc., et al. |

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 6, 2007

Clerk
US.District Court
Office of the Clerk
District of Kansas

Re:  Williams et al v. BP Corporation North America, Inc. et al

   Civil Action No.  2:07-cv-00179-ID

Dear Clerk:

This case has been closed and the PDFs documents are emailed to the above referenced court with a docket sheet which includes all docket entries in the above-styled case.  This case is being transferred to your court pursuant to Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 7/9/07.

Please acknowledge receipt of same by returning to us the enclosed copy of this letter.

                                   Sincerely,

                                   DEBRA P. HACKETT, CLERK

                                   By:
                                       Von Austin
                                       Deputy Clerk

DPH/vma


cc:  File
     All counsel of record